**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: DURUND FRANKLIN ELZEY                    CASE NO. 17-13284; SEC B
        COURTNEY CHATMAN ELZEY                    CHAPTER 13

**CONSENT ORDER**

Considering the hearing scheduled for July 18, 2018, on the Motion for Relief **(p.59)** filed on behalf of PENNYMAC HOLDINGS, LLC, AS SERVICED BY PENNYMAC LOAN SERVICES, LLC ("Creditor") and the agreement between parties:

**IT IS HEREBY AGREED** that, DURUND FRANKLIN ELZEY and COURTNEY CHATMAN ELZEY ("Debtors"), have paid to Creditor, $7,900.00 on April 18, 2018 and $2,640.00 on May 15, 2018, total received $10,540.00, which said funds have applied to the January 2018 through and including April 2018 post petition payments in the amount of $2,618.05, with $63.80 towards debtor suspense.   Creditor acknowledges receipt of $10,540.00 of said payment.

**IT IS ORDERED** that the Debtors shall pay the balance of $8,524.35, which represents May 2018 through and including July 2018 post petition payments in the amount of $2,619.05, with $63.80 in debtor suspense, and attorney fees and costs of $731.00, by paying in CERTIFIED FUNDS ONLY, three (3) monthly installments in the amount of $2,131.09 each, and one (1) monthly installment in the amount of $2,131.08, in addition to the regular monthly mortgage payments, beginning August 1, 2018 through and including November 1, 2018.

**IT IS FURTHER ORDERED** that the Debtors shall thereafter pay the regular monthly mortgage payments on a timely basis in accordance with the note and mortgage beginning with the August 01, 2018 payment.   The regular monthly mortgage payments are subject to change due to the escrow provisions of the note and mortgage.

**IT IS FURTHER ORDERED** that in the event the Debtors fail, to make all payments as required by this consent order or fail to pay any regular monthly mortgage payments thereafter or fail to pay said attorney's fees, all in accordance with this consent order, the Creditor shall be entitled to ex parte relief from the automatic stay, after a fourteen (14) day notice to Debtors and Debtors' Counsel, and upon presentation of an affidavit of an officer or employee of Creditor, or its successors, establishing such default 30 days thereafter.   The ex parte relief order will allow Creditor to foreclose immediately on the property more fully described in the mortgage filed in the record hereof, and which property bears the municipal address of *505 Snead Crt, Slidell, Louisiana 70458*. This order shall survive one (1) year after entry of this order or until this case is otherwise dismissed.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, July 16, 2018.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

DEAN MORRIS, L.L.C.
1820 Avenue of America
P. O. Box 15270
Monroe, LA  71207-5270
 (318) 388-1440

Thomas H. Gray
Attorney at Law
113 Doubloon Drive
Slidell, LA 70461

By: /s/ Jason R. Smith
Jason R. Smith (Bar # 34981)
Attorneys for Creditor

By:  /s/ Thomas H. Gray
Thomas H. Gray
Attorney for Debtors